```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IBRAHIM M. IBRAHIM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GONZALES, United States Attorney General;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS);<br>DAVID N. STILL, Director of USCIS San Francisco District Office;<br>ROBERT S. MUELLER, Director of the Federal Bureau of Investigation (FBI),<br><br>　　　　　　Defendants. | No. C 07-2143 CW<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

　　Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

　　Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

1 | the applications for adjustment of status.  Given the substance of the action and the lack of any
2 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3 | court resources.
4 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
6 | conference and any further formal ADR process.

Dated: July 2, 2007                Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney

                                             _____/s/_____
                                             ILA C. DEISS
                                             Assistant United States Attorney
                                             Attorney for Defendants

Dated: June 30, 2007               _____/s/_____
                                             YEVGENIY CHECHENIN
                                             Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/12/07

                                             CLAUDIA WILKEN
                                             United States District Judge