Yevgeniy Chechenin (CA Bar # 242469)

Community Legal Centers
P. O. Box 605
San Mateo, CA 94401
Telephone: (650) 347-6191
Fax: (650) 344-8305

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ibrahim M. Ibrahim, ) | |
| ) | |
| Plaintiff, ) | Case No. C 07-02143 CW |
| ) | |
| v. ) | |
| ) | |
| Alberto Gonzales, United States Attorney General; ) | USCIS Agency No. A097-350-216 |
| Michael Chertoff, Secretary of the Department of ) | |
| Homeland Security; ) | |
| Emilio Gonzalez, Director of United States ) | |
| Citizenship and Immigration Services (USCIS); ) | **STIPULATION TO RESCHEDULE** |
| David N. Still, Director of USCIS San Francisco ) | **HEARING AND [PROPOSED]** |
| District Office; ) | **ORDER** |
| Rober S. Mueller, Director of the Federal Bureau ) | |
| of Investigation (FBI), ) | |
| ) | |
| Defendants. ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of this Court, to have the hearing on Defendants' motion to dismiss for lack of jurisdiction and failure to state a claim, currently on calendar for August 2, 2007, rescheduled to **August 16, 2007 at 2:00 p.m.** due to Plaintiff's attorney's pre-existing scheduling conflict.

Page 1

| | |
|---|---|
| Dated: July 3, 2007 | Respectfully submitted, |
| | /s/ |
| | YEVGENIY CHECHENIN, Esq., |
| | Attorney for Plaintiff |
| Dated: July 5, 2007 | |
| | /s/ |
| | ILA C. DEISS, |
| | Assistant United States Attorney, |
| | Attorney for Defendants |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    7/24/07

_____
CLAUDIA WILKEN,
United States District Judge