Yevgeniy Chechenin (CA Bar # 242469)
Community Legal Centers
P. O. Box 605
San Mateo, CA 94401
Telephone: (415) 370-7893
Fax: (650) 344-8305

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ibrahim M. Ibrahim, | ) |
| Plaintiff, | ) Case No. C 07-02143 CW |
| v. | ) |
| Alberto Gonzales, United States Attorney General; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez, Director of United States Citizenship and Immigration Services (USCIS); David N. Still, Director of USCIS San Francisco District Office; Rober S. Mueller, Director of the Federal Bureau of Investigation (FBI), | ) USCIS Agency No. A097-350-216 ) ) **STIPULATION TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER** |
| Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of this Court, to voluntary dismissal of the above-entitled action without prejudice to Plaintiff in light of Plaintiff's request to withdraw his petition for a writ of mandamus made to his attorney of record. Plaintiff's declaration is being submitted with this stipulation.

    Each of the parties shall bear their own costs and fees.

Dated: August 14, 2007                Respectfully submitted,


                                              /s/
                                      YEVGENIY CHECHENIN, Esq.,
                                      Attorney for Plaintiff


Dated: August 14, 2007


                                              /s/
                                      MELANIE L. PROCTOR,
                                      Assistant United States Attorney,
                                      Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


   Date: 8/25/07
                                      _____
                                      CLAUDIA WILKEN,
                                      United States District Judge